FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEWEL FRANKLIN, an individual, | ) |
| | ) Case No. 2:15-cv-00183 |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER |
| | ) EXTENDING TIME FOR |
| PULMONARY SPECIALIST GROUP | ) DEFENDANT TO ANSWER OR |
| OF NEVADA, a domestic business entity | ) OTHERWISE RESPOND TO |
| d/b/a DESERT SLEEP DISORDER | ) COMPLAINT |
| CENTER; DOES I through X, inclusive; | ) |
| ROE CORPORATIONS I through X, | ) (First Request) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that Defendant shall have an extension of time up to and including July 10, 2015 to answer or otherwise respond to Plaintiff's Complaint. Defendant's response to the Complaint is currently due on June 23. This request is not for the purposes of delay. Counsel for Defendant was recently retained on this matter and requires the additional time to confer with the client regarding the allegations in the Complaint to provide an accurate response. This is the first request for an extension of time to respond to the Complaint and the first request for any extension of time in this

- 1 -

FPDOCS 30779272.1

case before this Court.

DATED this 23rd day of June, 2015

FISHER & PHILLIPS LLP

By: /s/ Anthony B. Golden, Esq.
Scott M. Mahoney, Esq.
Anthony B. Golden, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169

Attorneys for Defendant

DATED this 23rd day of June, 2015

HATFIELD & ASSOCIATES, LTD.

By: /s/ Trevor J. Hatfield, Esq.
Trevor J. Hatfield, Esq.
703 South Eighth Street
Las Vegas, NV 89101

Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 6/24/15