FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
3800 Howard Hughes Parkway, Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  mricciardi@laborlawyers.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEWEL FRANKLIN, an individual, | ) |
| | ) Case No. 2:15-cv-00183 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR PARTIES TO** |
| PULMONARY SPECIALIST GROUP | ) **FILE SCHEDULING ORDER** |
| OF NEVADA, a domestic business entity | ) |
| d/b/a DESERT SLEEP DISORDER | ) |
| CENTER; DOES I through X, inclusive; | ) |
| ROE CORPORATIONS I through X, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| ——————————————— | ) |

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the parties request an extension of time up to and including September 30, 2015 to file a Scheduling Order in this matter.  This request is not for the purposes of delay.  The parties have reached a settlement and are working to finalize the same.  This is the first request for an extension of time to file a Scheduling Order and the second request for any extension of time in this case before this Court.

/ / /

/ / /

/ / /

1    DATED this 21st day of August, 2015.

2

3   HATFIELD & ASSOCIATES, LTD.              FISHER & PHILLIPS LLP

4

5   By:  /s/ Trevor J. Hatfield, Esq.              By: /s/ Mark J. Ricciardi, Esq.
        TREVOR J. HATFIELD, ESQ.                     MARK J. RICCIARDI, ESQ.
6       703 South Eighth Street                      3800 Howard Hughes Parkway
        Las Vegas, Nevada 89101                      Suite 950
7       *Attorneys for Plaintiff*                    Las Vegas, Nevada 89169
                                                     *Attorneys for Defendant*
8

9

10                                          IT IS SO ORDERED:

11

12

13                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
14
                                            Dated: ____August 24, 2015_____
15

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

FPDOCS 30976189.1                           - 2 -