FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
3800 Howard Hughes Parkway, Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  mricciardi@laborlawyers.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEWEL FRANKLIN, an individual, | ) |
| | ) Case No. 2:15-cv-00183 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| PULMONARY SPECIALIST GROUP | ) |
| OF NEVADA, a domestic business entity | ) |
| d/b/a DESERT SLEEP DISORDER | ) |
| CENTER; DOES I through X, inclusive; | ) |
| ROE CORPORATIONS I through X, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

HATFIELD & ASSOCIATES, LTD.          FISHER & PHILLIPS LLP


By:   /s/ Trevor J. Hatfield_____          By:   /s/ Mark J. Ricciardi_____
   TREVOR J. HATFIELD, ESQ.                MARK J. RICCIARDI, ESQ.
   703 South Eighth Street                    3800 Howard Hughes Parkway
   Las Vegas, Nevada 89101                 Suite 950
   *Attorney for Plaintiff*                       Las Vegas, Nevada 89169
                                                       *Attorneys for Defendant*

IT IS SO ORDERED.
Dated: September 2, 2015

_____
United States District Judge

FPDOCS 30898479.1

- 1 -

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169